UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JNJACQUES CESAR, pro se,

                              Petitioner,

    -against-

WILLIAM LAPE, Superintendent,
Upstate Correctional Facility,

                              Respondent.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 3808 (DLI)

      A Memorandum and Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on July 24, 2006, denying the petition for a writ of habeas corpus; and denying a Certificate of Appelability; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that a Certificate of Appealability is denied.

Dated: Brooklyn, New York
        August 10, 2006

                                                               ROBERT C. HEINEMANN
                                                              Clerk of Court